**Rudolph Witzani, appellant, v. Ralph L. Shannon, appellee. Gen. No. 38,985.**

Heard in the third division of this court for the first district at the October term, 1936. ▮▮▮ Opinion filed June 30, 1937.

Heth & Lister, for appellant; Lloyd D. Heth, of counsel. Robertson, Crowe & Spence, for appellee; Burt A. Crowe, of counsel.

Mr. Justice Hall delivered the opinion of the court.

**Herman N. Schocke, appellee, v. Alexander Glanz and Louis D. Glanz, appellants. Gen. No. 39,073.**

Heard in the third division of this court for the first district at the October term, 1936. ▮▮▮ Opinion filed June 30, 1937.

Jacob Levy, for appellants; Edward McTiernan, of counsel. No appearance for appellee.

Mr. Justice Hall delivered the opinion of the court.

**Sophie Rothenberg, plaintiff, v. James Steffens et al., defendants. Oak Park Trust and Savings Bank et al., appellants, v. Samuel Lefkovits, appellee. Gen. No. 39,110.**

Heard in the third division of this court for the first district at the October term, 1936. ▮▮▮ Opinion filed June 30, 1937.

J. Edward Jones, for appellants. William Feldman and David Lefkovits, for appellee.

Mr. Justice Hall delivered the opinion of the court.

**Louise Dudley, appellant, v. William C. Cook et al., defendants. Cook Corporation, appellee. Gen. No. 39,123.**

Heard in the third division of this court for the first district at the October term, 1936. ▮▮▮ Opinion filed June 30, 1937.

Frederick A. Brown and Benjamin Wham, for appellant; G. Gale Roberson and Forest A. King, of counsel. Maurice J. Moriarty and Louis P. Muller, for appellee.

Mr. Justice Hall delivered the opinion of the court.